**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEVON LYNN PRATHER,

Defendant.

CR-24-83-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 15, 2026. (Doc. 20.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 15, 2026. (Doc. 18.) The United States accused Kevon Prather (Prather) of violating the conditions of his supervised release by: (1) consuming alcohol on May 13, 2026; by: (2) failing to conduct a timely Sober Link breathalyzer test on June 15, 2026; (3) failing to conduct a timely Sober Link breathalyzer test on July 18, 2026; (4) failing to conduct a timely Sober Link breathalyzer test on July 23, 2026; and (5) tampering with a sweat patch making it unsuitable for testing on August 7, 2026. . (Docs. 6 and 17.)

At the revocation hearings Prather admitted that he had violated the conditions of supervised release 1-5 as set forth in the Amended Petition. Prather was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 18.)

Judge Johnston recommended that Prather be sentenced to no term of custody and the terms of supervised release subject to the same terms and conditions imposed upon him by the United States District Court for District of Idaho on July 25, 2022. (Doc. 20.)

The violations Prather admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 20) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kevon LynnPrather be sentenced to no term of custody with his supervised release conditions subject to the same terms and conditions imposed upon him by the United States District Court for District of Idaho on July 25, 2022.

DATED this 1st day of October 2026.

Brian Morris, Chief District Judge
United States District Courts